James H. Wilkins, #116364
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559)438-2390
Facsimile: (559)438-2393
Attorneys for Plaintiff, CITY OF FRESNO

Bruce D. Celebrezze, #102181
W. Andrew Miller, #104712
Andrew G. Wanger, #166449
Clyde & Co US LLP
101 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415)365-9800
Facsimile: (415)365-9801
Attorneys for Defendant, ILLINOIS UNION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF FRESNO,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY and DOES 1 to 50, inclusive<br><br>    Defendants. | CASE NO. 1:18-CV-00573-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 7) |

Plaintiff, City of Fresno ("Plaintiff"), by and through its counsel of record, Wilkins, Drolshagen & Czeshinski, LLP, and Defendant, Illinois Union Insurance Company ("Illinois Union"), by and through its counsel of record, Clyde & Co US LLP, desire to continue the Mandatory Scheduling Conference currently scheduled for August 23, 2018 for 30 days so that the ongoing settlement discussions can continue and the Court's time will not be unnecessarily spent on this matter should such settlement discussions prove successful.

1

Dated: August 8, 2018

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By  */s/ James H. Wilkins*
    James H. Wilkins
Attorneys for Plaintiff, CITY OF FRESNO

Dated: August 8, 2018

CLYDE & CO US LLP

By  */s/ W. Andrew Miller*
    Bruce D. Celebrezze
    W. Andrew Miller
    Andrew G. Wanger
Attorneys for Defendant, ILLINOIS UNION INSURANCE COMPANY

**ORDER**

Based on the parties' above-stipulation (Doc. 7), and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Conference currently scheduled for August 23, 2018, at 9:30 AM is **CONTINUED to September 25, 2018, at 9:45 AM in Courtroom 7, before Magistrate Judge Sheila K. Oberto.** The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:  **August 8, 2018**                    /s/ *Sheila K. Oberto*

                                                             UNITED STATES MAGISTRATE JUDGE