James H. Wilkins, #116364
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559)438-2390
Facsimile: (559)438-2393
Attorneys for Plaintiff, CITY OF FRESNO

Bruce D. Celebrezze, #102181
W. Andrew Miller, #104712
Andrew G. Wanger, #166449
Clyde & Co US LLP
101 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415)365-9800
Facsimile: (415)365-9801
Attorneys for Defendant, ILLINOIS UNION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF FRESNO, | CASE NO. 1:18-CV-00573-LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| ILLINOIS UNION INSURANCE COMPANY and DOES 1 to 50, inclusive | (Doc. 9) |
| Defendants. | |

Plaintiff, City of Fresno ("Plaintiff"), by and through its counsel of record, Wilkins, Drolshagen & Czeshinski, LLP, and Defendant, Illinois Union Insurance Company ("Illinois Union"), by and through its counsel of record, Clyde & Co US LLP, desire to continue the Mandatory Scheduling Conference currently scheduled for September 25, 2018 for 30-45 days to allow the parties to continue their settlement discussions. The parties respectfully submit that the Court's time should not be unnecessarily spent on this matter during the pendency of such settlement discussions.

///

1

Dated: September 13, 2018

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By  */s/ James H. Wilkins*
     James H. Wilkins
Attorneys for Plaintiff, CITY OF FRESNO

Dated:  September 13, 2018

CLYDE & CO US LLP

By  */ s/ W. Andrew Miller*
     Bruce D. Celebrezze
     W. Andrew Miller
     Andrew G. Wanger
Attorneys for Defendant, ILLINOIS UNION INSURANCE COMPANY

## **ORDER**

Based on the parties' above-stipulation (Doc. 9), and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Conference currently scheduled for September 25, 2018, is **CONTINUED to November 6, 2018, at 9:30 AM in Courtroom 7, before Magistrate Judge Sheila K. Oberto.** The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:  **September 17, 2018**        /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE