James H. Wilkins, #116364
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559)438-2390
Facsimile:   (559)438-2393
Attorneys for Plaintiff, CITY OF FRESNO


Bruce D. Celebrezze, #102181
W. Andrew Miller, #104712
Andrew G. Wanger, #166449
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415)365-9800
Facsimile: (415)365-9801
Attorneys for Defendant, ILLINOIS UNION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF FRESNO, | CASE NO. 1:18-CV-00573-LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| ILLINOIS UNION INSURANCE COMPANY and DOES 1 to 50, inclusive | (Doc. 13) |
| Defendants. | |

Plaintiff, the City of Fresno, and Defendant, Illinois Union Insurance Company, through their respective counsel of record, desire to continue the Mandatory Scheduling Conference, currently scheduled for December 18, 2018 at 10:15 a.m., for a further 30-45 days.  The parties have been engaged in efforts to resolve this matter, and believe that, should this Court grant the requested continuance, the parties will have reached a negotiated settlement that will result in this action's dismissal before the continued hearing date.

Given the progress that the parties continue to make in their settlement efforts, the parties submit that there is little reason to burden the Court's calendar with the currently scheduled conference.

Accordingly, the parties respectfully ask that the Court grant a final continuance of the Mandatory Settlement Conference to accommodate the parties ongoing settlement efforts.

Dated: December 11, 2018     WILKINS, DROLSHAGEN & CZESHINSKI LLP

By  */s/ James H. Wilkins*
James H. Wilkins
Attorneys for Plaintiff, CITY OF FRESNO

Dated: December 11, 2018     CLYDE & CO US LLP

By  */ s/ W. Andrew Miller*
Bruce D. Celebrezze
W. Andrew Miller
Andrew G. Wanger
Attorneys for Defendant, ILLINOIS UNION INSURANCE COMPANY

**ORDER**

Pursuant to the parties' above-stipulation (Doc. 13), **IT IS HEREBY ORDERED** that the Scheduling Conference currently scheduled for December 18, 2018, at 10:15 a.m. is **CONTINUED to February 14, 2019, at 10:15 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.**

The parties SHALL file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:  **December 12, 2018**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE