James H. Wilkins, #116364
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559)438-2390
Facsimile:   (559)438-2393
Attorneys for Plaintiff, CITY OF FRESNO


Bruce D. Celebrezze, #102181
W. Andrew Miller, #104712
Andrew G. Wanger, #166449
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415)365-9800
Facsimile: (415)365-9801
Attorneys for Defendant, ILLINOIS UNION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF FRESNO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ILLINOIS UNION INSURANCE COMPANY and DOES 1 to 50, inclusive<br><br>　　　　　　　Defendants. | CASE NO. 1:18-CV-00573-LJO-SKO<br><br>**JOINT NOTICE OF SETTLEMENT AND JOINT SCHEDULING REPORT** |

Pursuant to the efforts of the parties, Plaintiff has reached a tentative settlement of all issues with Defendant, ILLINOIS UNION INSURANCE COMPANY, subject to City Council approval. Plaintiff's counsel anticipates that such approval will be granted when the City Council meets in private session to consider the parties' proposed settlement agreement on April 4, 2019.

Accordingly, the Parties request that the Joint Scheduling Conference, set for March 26, 2019, be taken off calendar and this matter be scheduled for a further status conference in 40 days,

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1 which will be taken off calendar as long as long as a dismissal of the action is filed on or before the
2 scheduled status conference.

Dated: March 19, 2019                    WILKINS, DROLSHAGEN & CZESHINSKI LLP

By_____*/s/ James H. Wilkins*_____
            James H. Wilkins
Attorneys for Plaintiff, CITY OF FRESNO

Dated: March 19, 2019                    CLYDE & CO US LLP

By_____*/ s/ W. Andrew Miller*_____
            Bruce D. Celebrezze
            W. Andrew Miller
            Andrew G. Wanger
Attorneys for Defendant, ILLINOIS UNION
INSURANCE COMPANY

## ORDER

**IT IS HEREBY ORDERED** that the Scheduling Conference currently scheduled for March 26, 2019 at 9:30 a.m. be vacated. In addition, a settlement status conference shall be set for _____ at _____ a.m. in Courtroom 7, which will be vacated if the Parties have filed a dismissal of the action on or before said date.

Dated: _____, 2019

_____
                Honorable Sheila K. Oberto

4105115