1  James H. Wilkins, #116364
   WILKINS, DROLSHAGEN & CZESHINSKI LLP
2  6785 N. Willow Ave.
   Fresno, CA 93710
3  Telephone: (559)438-2390
   Facsimile: (559)438-2393
4

5
   Attorneys for Plaintiff, CITY OF FRESNO
6

7

8                         UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | CITY OF FRESNO,                          | CASE NO. 1:18-CV-00573-LJO-SKO
12 |                    Plaintiff,            | STIPULATION FOR DISMISSAL OF
                                              | ACTION; [PROPOSED] ORDER
13 |        v.                                |
14 | ILLINOIS UNION INSURANCE COMPANY         |
   | and DOES 1 to 50, inclusive              |
15 |                                          |
   |                    Defendants.           |
16

17 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN

18 DISTRICT OF CALIFORNIA:

19     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CITY

20 OF FRESNO voluntarily dismisses the above-captioned action.  The parties to the action,

21 including Plaintiff and Defendant ILLINOIS UNION INSURANCE COMPANY, hereby

22 stipulate to the dismissal by and through their counsel of record.

23     WHEREAS a settlement agreement was entered between the above-named parties to this

24 action, which includes an agreement by Plaintiff to stipulate to a dismissal of the Action; and

25     WHEREAS based on the terms of the settlement agreement, the above-named parties

26 stipulate and agree that the above-entitled action and the Complaint filed against ILLINOIS

27 UNION INSURANCE COMPANY, be dismissed.

28     The parties have agreed that each side shall bear its own costs and attorneys' fees.

1    IT IS SO STIPULATED.

2    Dated: April 22, 2019                    WILKINS, DROLSHAGEN & CZESHINSKI LLP

3

4
                                              By   */s/ James H. Wilkins*
5                                                  James H. Wilkins
                                              Attorneys for Plaintiff, CITY OF FRESNO
6

7    Dated:  April 22, 2019                   CLYDE & CO US LLP

8

9                                             By   */ s/ W. Andrew Miller*
                                                   Bruce D. Celebrezze
10                                                 W. Andrew Miller
                                                   Andrew G. Wanger
11                                            Attorneys for Defendant, ILLINOIS UNION INSURANCE
12                                            COMPANY

**ORDER**

Based on the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety.   Each side shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.


Dated:_____                    _____
                                        Lawrence J. O'Neill
                                        Judge of the United States District Court