# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. 1:18-cv-00573-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 18) |

On April 22, 2019, the parties filed a joint stipulation dismissing the action in its entirety. (Doc. 18.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 22, 2019**        /s/ *Sheila K. Oberto*
                      UNITED STATES MAGISTRATE JUDGE